May 28, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

DZM, INC., Appellant

NO. 14-14-00040-CV                V.

RICHIE GARREN, Appellee

_____

      This cause, an appeal from the judgment in favor of appellee, Richie Garren, signed, October 28, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that appellee Richie Garren take nothing.

      We further order that all costs incurred by reason of this appeal be paid by appellee Richie Garren. We further order this decision certified below for observance.